## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM GHOLSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| | ) | 4:18-cv-00970-AGF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on movant William Gholson's motion for extension of time. (Docket No. 3). On July 26, the Court ordered movant to show cause as to why his 28 U.S.C. § 2255 motion should not be dismissed as time-barred. (Docket No. 2). The order gave movant twenty-one days in which to respond. Movant states that he did not receive the Court's order until August 14, 2018, two days before the Court's deadline. Movant further states that mail to the inmates often sits five to six days without being delivered. Accordingly, he seeks an extension of time in which to file his response to the Court's order to show cause. Good cause being shown, the Court will grant movant's motion and order him to file his written response within thirty days of this Court's order.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for an extension of time (Docket No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that movant shall show cause, in writing and **no later than thirty (30) days from the date of this Order**, why movant's case should not be dismissed for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, his § 2255 motion will be dismissed without further proceedings.

Dated this 10th day of September, 2018.

_AUDREY G. FLEISSIG_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE